IN THE UNITED STATES DISTSRICT COURT
NORTHERN DISTRICT, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| H&B HOLDINGS, INC. | ) | CASE NO. 19-82417-CRJ-11 |
| | ) | |
| Debtor | ) | CHAPTER 11 |

## MOTION TO CONTINUE MEETING OF CREDITORS

COMES NOW, Stuart M. Maples, as attorney for the debtor, and moves this Honorable Court for a continuance of the Meeting of Creditors [Doc. 4] scheduled in the above referenced matter for September 10, 2019, and as grounds therefore states that he will be out of the country from September 6, 2019 through September 15, 2019. Counsel requests that the meeting be rescheduled to the earliest date after September 15, 2019.

WHEREFORE, premises considered, counsel for the debtor prays that this Court continue the Meeting of Creditors currently scheduled for September 10, 2019, to the earliest date available after September 15, 2019, and for such other and further relief as this Court deems just and proper.

*/s/Stuart M. Maples*
STUART M. MAPLES

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by the method stated below on the following on August 14, 2019.

Richard Blythe
Bankruptcy Administrator
P.O. Box 3045
Decatur, AL   35602
Via email:  richard_blythe@alnba.uscourts.gov

All parties requesting notice via the Court's ECF system

Via U.S. Mail to all creditors on matrix

                                        */s/ Stuart M. Maples*
                                        OF COUNSEL