IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| H&B HOLDINGS, INC., ) | CASE NO. 19-82417-CRJ11 |
| ) | CHAPTER 11 |
| EIN: XX-XXX516 ) | |
| ) | |
| DEBTOR. ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day served a true and correct copy of [Doc 27] Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims upon the Debtor, all creditors, governmental units, Richard Blythe for the Bankruptcy Administrator's office, and all parties requesting notice by placing a copy of the same in the United States Mail, postage prepaid, on this the 6th day of September, 2019.

                                                                     */s/ Stuart M. Maples*
                                                                     STUART M. MAPLES
                                                                       (ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com