```
                        United States Bankruptcy Court
                         Northern District of Alabama
In re:                                                       Case No. 19-82417-CRJ
H&B Holdings, Inc.                                           Chapter 11
          Debtor
```

# CERTIFICATE OF NOTICE

District/off: 1126-8         User: admin              Page 1 of 1            Date Rcvd: Sep 06, 2019
                             Form ID: pdf000          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
db            +H&B Holdings, Inc.,   4625 Hickory Lane,   Tuscumbia, AL 35674-4903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Sep 07 2019 03:33:13      Richard Blythe,
               BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
              Richard M Blythe    Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
              Stuart M Maples    on behalf of Debtor    H&B Holdings, Inc. smaples@mapleslawfirmpc.com,
               kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com
              William M. Hancock    on behalf of Creditor    CB&S Bank bankruptcy@wolfejones.com,
               wmhancock@wolfejones.com
                                                                                             TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | } | |
| H&B HOLDINGS, INC. | } | CASE NO. 19-82417-CRJ-11 |
| | } | |
| | } | CHAPTER 11 |
| Debtor. | } | |

**ORDER SETTING DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND SETTING BAR DATE FOR FILING CLAIMS**

On September 5, 2019, the Court held a Status Conference in this case pursuant to 11 U.S.C. § 105(d) to discuss the expeditious and economical resolution of this case, including scheduling deadlines. Appearing at the hearing were Stuart Maples, Esq., counsel for the Debtor; Matthew Hancock, Esq., counsel for CB&S Bank; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

At the Status Conference, discussion was had regarding the procedural status of the case, and suggestions were solicited regarding a realistic, reasonable deadline for the Debtor to file a Disclosure Statement and Plan, and a reasonable bar date for filing claims. Based upon the foregoing, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. Pursuant to Bankruptcy Rule 3016(b), the deadline to file the Debtor's Chapter 11 Plan and Disclosure Statement is fixed as **Wednesday, December 11, 2019**, by **5:00 p.m., CDT**.

2. Pursuant to Bankruptcy Rule 3003(c), the deadline for all creditors to file a Proof of Claim is **Friday, November 22**, **2019**, by **5:00 p.m., CDT.**

3. Counsel for the Debtor is directed to immediately give notice of the Claims Bar Date by mailing a copy of this Order to the Debtor, all creditors, governmental units, Richard Blythe for the Bankruptcy Administrator's office, and all parties requesting notice.

Dated this the 6th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge