**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: M.V.B. Ind, Inc     CASE NO: 19-82417 CRJ11     MONTH ENDING: 12/31/19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO ___    All post petition business taxes have been paid/deposited and the deposit
slips are attached.

   YES _X_ NO ___    All post petition individual taxes have been paid and the deposit slips are
attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | | AMOUNT |
|---|---|---|
| _____ | $ | _____ |
| _____ | $ | _____ |
| _____ | $ | _____ |
| _____ | $ | _____ |

2. YES _X_ NO ___    Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.

   If no, enter:    TYPE _____ not in force.

                   TYPE _____ not in force.

3. YES _X_ NO ___    New books and records were opened and are being maintained daily.

4. YES _X_ NO ___    Copies of <u>all</u> banks statements and reconciliations are attached .

5. YES _X_ NO ___    I have otherwise complied with all requirements of the Chapter 11
Operating Order.

6. YES _X_ NO ___    All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE: 1/16/20

Phone No: _____        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: H & B Holding    CASE NO. 19-82417    MONTH ENDING 12/31/19

Attach Business Forms BA-02(A-D)

### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  (Circle One)  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 3189.43

B.  RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C)  94940.63

Cash Sales  _____

Loan Proceeds from _____

Sale of Property  _____
(Not in ordinary course of business)

Other _____

C.  TOTAL RECEIPTS  94940.63
(Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  116743.82

E.  SURPLUS OR DEFICIT  (21803.19)
(C minus D)

F.  CASH ON HAND (End)  10083.09
(A plus E)

1.  REVENUE FROM TOTAL SALES  $ 88309.99

2.  LESS COST OF THOSE SALES  40338.00
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)  41971.99

4.  LESS OPERATING EXPENSES  99529.83

5.  EQUALS NET PROFIT ●OPERATIONS (3 minus 4)  (57557.84)

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____  _____

_____  _____

_____  _____

7.  EQUALS NET PROFIT OR NET LOSS  $ (57557.84)
(5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 01/16/20    RESPONSIBLE PARTY

Bankruptcy Administrator Form  Business BA-02

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: H&B Holdings   CASE NO. 19-82417   MONTH ENDING 12/31/19

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.   Amount collected this month on accounts
receivable charged and paid this month.          $ 92049.31

B.   Amount collected this month on accounts
receivable charged in prior months
and paid this month.                             $ 2891.32

C.   TOTAL collected this month on accounts
receivable.                                      $ 94940.63

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Derksen Portable | $ | | | 132,085.94 | $ 132085.94 |
| IP Storage | | | | 5764.00 | 5764.00 |
| Old Fixed Assets | 4173.59 | | | (1.00) | 4172.59 |
| Peco | 23599.73 | (2526.22) | | | 20183.51 |
| Corporate United | 4116.48 | 5376.00 | 6589.43 | 8286.72 | 24368.62 |
| Turbine Trailer | | | | 20474.20 | 20474.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 30999.30 | 2849.78 | 6589.43 | 166610.87 | $ 207048.89 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 1/16/20                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *H&B Holding*        CASE NO. *19-82417*        MONTH ENDING: *12/31/19*

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | *2275.00* |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | *4400.22* |
| INSURANCE (TOTAL) | | *1729.00* |
|     AUTO | $ | |
|     LIABILITY | | |
|     LIFE | | |
|     MEDICAL | | |
|     CASUALTY | | |
|     FIRE & THEFT | | |
|     WORKMAN'S COMP. | *1729.00* | |
|     OTHER | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | |
| POSTAGE | | *22801.15* |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | *4215.08* |
| SALARIES/WAGES PAID | | *19127.21* |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | *7980.89* |
|     OFFICE | $ *371.45* | |
|     OPERATING | *7010.44* | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | *5190.89* |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | *5520.11* |
|     ELECTRICITY | $ *4818.18* | |
|     GAS | *39.49* | |
|     TELEPHONE | | |
|     WATER | *1070.04* | |
|     OTHER | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | *Forklift Rental* | |
| | $ | *3755.08* |
| TOTAL BUSINESS DISBURSEMENTS | | $ *116743.22* |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: *1/16/20*

_____
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: H B Holdings          CASE NO. 19-82417          MONTH ENDING: 12/31/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month.
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1/16/20                              _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

### United States Bankruptcy Court - Northern District of Alabama

CASE NAME: H.B. Holding     CASE NO. 19-82417     MONTH ENDING: 12/31/19

Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 12/6/19 | 5210.54 | 959.18 | 959.18 | 204.49 | |
| 12/13/19 | 5366.82 | 997.24 | 997.24 | 211.72 | |
| 12/20/19 | 5628.04 | 1044.58 | 1044.58 | 255.32 | |
| 12/27/19 | 6279.78 | 1179.78 | 1179.78 | 248.13 | |
| | | | | | |
| TOTAL | 22478.48 | 4181.22 | 4182.22 | 919.44 | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1/16/20                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (D)

BUSINESS BA-03

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: H & D Holding    CASE NO. 19-8240    MONTH ENDING 12/31/19

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Wells Fargo | CK ████ 1094 | 13891.18 | 12/31/19 | Post |
| | | | | |
| | | | | |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) _____ | $ _____ | |
| Officer #2    (Name) _____ | $ _____ | |
| Other Officer    (Name) _____ | $ _____ | |
| Employees (Number) ___10___ | $ 22478.48 | |
| Employees (Relatives) _____ | $ _____ | |
| Name _____ | $ _____ | |
| Name _____ | $ _____ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ _____ |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/16/20

_____ RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: H B Holdings    CASE NO.: 19-82417    MONTH ENDING: 12/31/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.    All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

__X__ B.    Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Mark Bar Co | 1021.80 | $ 455.85 | $ | $ | $1082.65 |
| Damimex | 582.85 | | | | 582.85 |
| H&B Products | 30422.00 | 30422.00 | 30422.00 | 60844.00 | 152110.00 |
| Life Service Dist | 1214.99 | | | | 1214.99 |
| Mills Transport Inc | 1000.00 | | | | 1000.00 |
| Murex Gas | | | | 1102.50 | 1102.50 |
| | | | | | |
| Dwinn Transp | 296.69 | 363.31 | 1222.35 | 424.04 | 2306.27 |
| Pratt Pest | 225.00 | 375.00 | | | 600.00 |
| Tatum Oil | 3254.36 | | | | 3254.36 |
| The Spark Jop | 150.00 | 255.00 | | | 405.00 |
| Timber Products | 640.00 | | | | 640.00 |
| Wells Fargo Truck | | | 1529.37 | 1529.37 | 3058.74 |
| Wells Fargo truck | 151.41 | 151.41 | 113.36 | 674.85 | 1091.03 |
| Young Welding | 46.02 | | | | 46.02 |
| | | | | | |
| | | | | | |
| **TOTALS** | 38210.01 | $32022.57 | $33287.08 | $63634.76 | $167154.51 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/16/19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME H D Holdings     CASE NO. 19-82417     MONTH ENDING 12/31/19

File for Each Quarter
**BUSINESS DEBTOR'S BALANCE SHEET**

## I.  ASSETS

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 10083.09 |
| | Inventory | $ | |
| | Accounts Receivable | $ | 207048.69 |
| | Other | $ | |
| | Total Current Assets   (a) | $ | 217131.78 |
| Fixed: | Property & Equipment | $ | 5000.00 |
| | Accumulated Depreciation | $ < | > |
| | Other | $ | |
| | Total Fixed Assets   (b) | $ | 5000.00 |
| Total Assets | (a + b) = (c) | $ | 222131.78 |

## II.  LIABILITIES

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | 1107154.51 |
| | Taxes Payable | $ | 3105.78 |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | 28794.79 |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities  (d) | $ | 173135.08 |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | 35032089.09 |
| | Notes & Loans Payable | $ | 40355779.11 |
| | Less Current Portion | $ < | 12308.84 > |
| | Other | $ | |
| | Total Long Term Debt   (e) | $ | 75869797.21 |
| Total Liabilities | (d + e) = (f) | $ | 77100038.39 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock     (g) | $ | 1000.00 |
| | Retained Earnings (Deficit) (h) | $ | (31970.02) |
| | Current Surplus (Deficit) (i) | $ | (57557.74) |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ | 77011504.63 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 1/6/19     _____
                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

United States Bankruptcy Court -Northern District of Alabama

CASE NAME: H B Building     CASE NO. 19-82417     MONTH ENDING: 12/31/19

File for Each Quarter
by the 15th of the Month Following the End of the Quarter

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

| | | | |
|---|---|---|---|
| TOTAL REVENUE (SALES) | (a) | $ | 317,900.57 |
| Cost of Sales: | | | |
| Materials | $ | 0 | |
| Labor | $ | 126,117.00 | |
| Purchased Services | $ | 3,400.00 | |
| Total Cost of Sales | (b) | $ | 138,517.00 |
| Gross Profit | (a - b) = (c) | $ | 179,083.57 |
| | | | |
| OPERATING EXPENSES | | | |
| Management Salary | $ | 0 | |
| Other Salary Expense | $ | 73,380.86 | |
| Payroll Expenses | $ | 5,996.40 | |
| Outside Services & Contractors | $ | 14,321.99 | |
| Supplies (office & operating) | $ | 24,137.14 | |
| Repairs & Maintenance | $ | 14,070.716 | |
| Advertising | $ | 0 | |
| Auto Expense | $ | 0 | |
| Delivery | $ | 0 | |
| Accounting & Legal | $ | 3,158.50 | |
| Rent | $ | 91,260.00 | |
| Telephone | $ | 449.56 | |
| Travel & Entertainment | $ | 0 | |
| Utilities | $ | 15,788.93 | |
| Insurance | $ | 7,602.00 | |
| Taxes real estate, property, etc.) | $ | 3,246.63 | |
| Interest | $ | 1,089.93 | |
| Depreciation | $ | 0 | |
| Other Operating Expenses (describe) | $ | 0 | |
| Payroll expenses | $ | 7,850.06 | |
| Bank fee | $ | 5.00 | |
| Total Operating Expenses: | (d) | $ | 289,635.09 |
| | | | |
| Net Profit/(Loss) from Operations (c - d)=(e) | $ | (110,551.80) | |
| | | | |
| Non-Operating Income/Expenses | $ | | |
| | $ | | |
| | $ | | |
| Total | (f) | $ | |
| | | | |
| Net Profit/(Loss) | (e - f) | $ | (110,551.50) |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1/16/20                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# Wells Fargo Business Choice Checking



H & B HOLDINGS, INC.
DEBTOR IN POSSESSION
CH11 CASE #19-82417 (NAL)
4630 HICKORY LN
TUSCUMBIA AL 35674-4904

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $38,300.46 |
| Deposits/Credits | 94,940.63 |
| Withdrawals/Debits | - 119,369.91 |
| **Ending balance on 12/31** | **$13,871.18** |
| Average ledger balance this period | $35,139.62 |

Account number: ███ 1076

H & B HOLDINGS, INC.
DEBTOR IN POSSESSION
CH11 CASE #19-82417 (NAL)

*Alabama account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 062000080

For Wire Transfers use
Routing Number (RTN): 121000248



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/2 | 1436 | Check | | 648.06 | 37,652.40 |
| 12/3 | | ATM Check Deposit on 12/03 102 E Doctor Hicks Blvd Florence AL 0001783 ATM ID 0115J Card 1290 | 1,000.00 | | |
| 12/3 | < | Business to Business ACH Debit - IRS Usataxpymt 120319 270973725911443 H & B Holdings Inc | | 1,018.66 | 37,633.74 |
| 12/4 | | Peco Pallet Disb Cash Disb Bullington Lumber CO | 5,439.22 | | |
| 12/4 | 1383 | Check | | 1,243.36 | 41,829.60 |
| 12/5 | | Edeposit IN Branch/Store 12/05/19 04:26:56 Pm 102 E Dr Hicks Blvd Florence AL 1076 | 17,939.93 | | |
| 12/5 | < | Business to Business ACH Debit - IRS Usataxpymt 120519 270973964510921 H & B Holdings Inc | | 874.12 | 58,895.41 |
| 12/6 | 1494 | Cashed Check | | 300.00 | |
| 12/6 | | Nextiva Voip 8009834289 191205 Hank Robbins | | 138.63 | |
| 12/6 | < | Business to Business ACH Debit - AL-Dept of Rev Direct Dbt 991231 xxxxx7904 x | | 3,501.00 | |
| 12/6 | 1462 | Check | | 50.00 | |
| 12/6 | 1493 | Check | | 394.18 | |
| 12/6 | 1464 | Check | | 191.74 | |
| 12/6 | 1478 | Check | | 192.49 | |
| 12/6 | 1477 | Check | | 192.49 | |
| 12/6 | 1460 | Check | | 250.38 | |
| 12/6 | 1480 | Check | | 331.50 | |
| 12/6 | 1483 | Check | | 361.30 | |
| 12/6 | 1467 | Check | | 375.38 | |
| 12/6 | 1466 | Check | | 375.38 | |
| 12/6 | 1473 | Check | | 386.31 | |
| 12/6 | 1476 | Check | | 392.00 | |
| 12/6 | 1481 | Check | | 394.32 | |
| 12/6 | 1482 | Check | | 401.30 | |
| 12/6 | 1475 | Check | | 402.24 | |
| 12/6 | 1484 | Check | | 422.74 | |
| 12/6 | 1486 | Check | | 443.08 | |
| 12/6 | 1487 | Check | | 449.78 | |
| 12/6 | 1474 | Check | | 457.99 | |
| 12/6 | 1490 | Check | | 463.18 | |
| 12/6 | 1485 | Check | | 484.94 | |
| 12/6 | 1491 | Check | | 493.02 | |
| 12/6 | 1468 | Check | | 551.12 | |
| 12/6 | 1471 | Check | | 560.00 | |
| 12/6 | 1470 | Check | | 660.00 | |
| 12/6 | 1461 | Check | | 670.07 | |
| 12/6 | 1488 | Check | | 774.27 | |
| 12/6 | 1459 | Check | | 1,471.50 | |
| 12/6 | 1489 | Check | | 465.30 | |
| 12/6 | 1454 | Check | | 598.29 | |
| 12/6 | 1463 | Check | | 47.75 | |
| 12/6 | 1465 | Check | | 983.83 | 40,267.91 |
| 12/9 | 1479 | Check | | 470.19 | |
| 12/9 | < | Business to Business ACH Debit - IRS Usataxpymt 120919 270974391076007 H & B Holdings Inc | | 959.62 | |
| 12/9 | 1455 | Check | | 367.55 | |
| 12/9 | 1492 | Check | | 486.99 | |
| 12/9 | 1457 | Check | | 612.00 | |
| 12/9 | 1458 | Check | | 640.00 | |



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | 1456 | Check | | 925.48 | 35,806.08 |
| 12/11 | | Peco Pallet Disb Cash Disb Bullington Lumber CO | 12,656.22 | | |
| 12/11 | 1453 | Check | | 437.47 | 48,024.83 |
| 12/12 | | Thesheffieldfund Webpayment 191211 H & B Holdings Inc. | | 1,504.00 | |
| 12/12 | 1496 | Check | | 1,997.50 | 44,523.33 |
| 12/13 | | ATM Check Deposit on 12/13 102 E Doctor Hicks Blvd Florence AL 0004518 ATM ID 0115J Card 1290 | 17,810.96 | | |
| 12/13 | 1535 | Cashed Check | | 300.00 | |
| 12/13 | 1505 | Check | | 25.00 | |
| 12/13 | 1534 | Check | | 394.18 | |
| 12/13 | 1501 | Check | | 104.40 | |
| 12/13 | 1524 | Check | | 393.23 | |
| 12/13 | 1509 | Check | | 412.50 | |
| 12/13 | 1508 | Check | | 412.50 | |
| 12/13 | 1522 | Check | | 423.78 | |
| 12/13 | 1515 | Check | | 429.02 | |
| 12/13 | 1527 | Check | | 443.08 | |
| 12/13 | 1528 | Check | | 449.78 | |
| 12/13 | 1523 | Check | | 455.02 | |
| 12/13 | 1514 | Check | | 462.09 | |
| 12/13 | 1513 | Check | | 462.09 | |
| 12/13 | 1531 | Check | | 502.70 | |
| 12/13 | 1526 | Check | | 528.45 | |
| 12/13 | 1521 | Check | | 570.37 | |
| 12/13 | 1533 | Check | | 580.22 | |
| 12/13 | 1500 | Check | | 582.50 | |
| 12/13 | 1510 | Check | | 630.00 | |
| 12/13 | 1506 | Check | | 677.20 | |
| 12/13 | 1520 | Check | | 710.28 | |
| 12/13 | 1529 | Check | | 774.27 | |
| 12/13 | 1530 | Check | | 465.30 | |
| 12/13 | 1516 | Check | | 429.02 | |
| 12/13 | 1519 | Check | | 532.72 | |
| 12/13 | 1532 | Check | | 424.30 | |
| 12/13 | 1525 | Check | | 983.83 | 48,776.46 |
| 12/16 | 1495 | Check | | 2,540.09 | |
| 12/16 | 1497 | Check | | 129.97 | |
| 12/16 | 1517 | Check | | 151.90 | |
| 12/16 | < | Business to Business ACH Debit - IRS Usataxpymt 121619 270975023013112 H & B Holdings Inc | | 997.24 | 44,957.26 |
| 12/17 | 1469 | Check | | 506.88 | |
| 12/17 | 1503 | Check | | 1,214.99 | 43,235.39 |
| 12/18 | | Peco Pallet Disb Cash Disb Bullington Lumber CO | 7,128.25 | | |
| 12/18 | 1498 | Check | | 10,437.13 | |
| 12/18 | 1504 | Check | | 2,275.00 | 37,651.51 |
| 12/19 | | ATM Check Deposit on 12/19 102 E Doctor Hicks Blvd Florence AL 0006131 ATM ID 0115J Card 1290 | 11,982.87 | | |
| 12/19 | 1502 | Check | | 525.00 | 49,109.38 |
| 12/20 | | Mobile Deposit : Ref Number :807200523000 | 5,081.60 | | |
| 12/20 | 1543 | Check | | 25.00 | |
| 12/20 | 1572 | Check | | 394.18 | |
| 12/20 | 1518 | Check | | 151.90 | |
| 12/20 | 1540 | Check | | 177.50 | |
| 12/20 | 1554 | Check | | 377.90 | |
| 12/20 | 1555 | Check | | 377.90 | |
| 12/20 | 1553 | Check | | 381.53 | |
| 12/20 | 1566 | Check | | 449.78 | |
| 12/20 | 1562 | Check | | 462.00 | |
| 12/20 | 1563 | Check | | 462.00 | |
| 12/20 | 1552 | Check | | 474.97 | |
| 12/20 | 1561 | Check | | 490.15 | |
| 12/20 | 1551 | Check | | 500.65 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/20 | 1550 | Check | | 500.65 | |
| 12/20 | 1560 | Check | | 537.25 | |
| 12/20 | 1559 | Check | | 537.25 | |
| 12/20 | 1571 | Check | | 547.34 | |
| 12/20 | 1557 | Check | | 553.96 | |
| 12/20 | 1569 | Check | | 587.73 | |
| 12/20 | 1564 | Check | | 623.23 | |
| 12/20 | 1548 | Check | | 645.00 | |
| 12/20 | 1511 | Check | | 655.00 | |
| 12/20 | 1545 | Check | | 672.72 | |
| 12/20 | 1547 | Check | | 700.00 | |
| 12/20 | 1558 | Check | | 712.17 | |
| 12/20 | 1567 | Check | | 774.27 | |
| 12/20 | 1544 | Check | | 794.56 | |
| 12/20 | 1549 | Check | | 890.00 | |
| 12/20 | 1541 | Check | | 4,670.87 | |
| 12/20 | 1568 | Check | | 465.30 | |
| 12/20 | 1573 | Check | | 181.68 | |
| 12/20 | 1542 | Check | | 194.91 | |
| 12/20 | 1570 | Check | | 493.02 | |
| 12/20 | 1546 | Check | | 983.83 | 32,744.78 |
| 12/23 | 1574 | Check | | 400.00 | |
| 12/23 | < | Business to Business ACH Debit - IRS Usataxpymt 122319 270975701599494 H & B Holdings Inc | | 1,044.58 | |
| 12/23 | 1537 | Check | | 107.85 | |
| 12/23 | 1538 | Check | | 419.10 | |
| 12/23 | 1565 | Check | | 443.08 | |
| 12/23 | 1539 | Check | | 580.50 | |
| 12/23 | 1536 | Check | | 975.00 | |
| 12/23 | 1556 | Check | | 472.89 | |
| 12/23 | 1575 | Check | | 207.28 | 28,094.50 |
| 12/24 | | Thesheffieldfund Webpayment 191223 H & B Holdings | | 225.00 | 27,869.50 |
| 12/26 | | Peco Pallet Disb Cash Disb Bullington Lumber CO | 6,452.00 | | |
| 12/26 | 1578 | Check | | 741.50 | 33,580.00 |
| 12/27 | 1609 | Check | | 394.18 | |
| 12/27 | 1592 | Check | | 189.94 | |
| 12/27 | 1593 | Check | | 189.94 | |
| 12/27 | 1603 | Check | | 449.78 | |
| 12/27 | 1583 | Check | | 462.00 | |
| 12/27 | 1584 | Check | | 462.00 | |
| 12/27 | 1607 | Check | | 493.02 | |
| 12/27 | 1591 | Check | | 528.19 | |
| 12/27 | 1595 | Check | | 537.06 | |
| 12/27 | 1597 | Check | | 550.12 | |
| 12/27 | 1608 | Check | | 551.62 | |
| 12/27 | 1589 | Check | | 579.38 | |
| 12/27 | 1588 | Check | | 596.86 | |
| 12/27 | 1582 | Check | | 605.20 | |
| 12/27 | 1599 | Check | | 610.34 | |
| 12/27 | 1581 | Check | | 617.36 | |
| 12/27 | 1598 | Check | | 621.66 | |
| 12/27 | 1586 | Check | | 635.00 | |
| 12/27 | 1590 | Check | | 636.73 | |
| 12/27 | 1600 | Check | | 638.13 | |
| 12/27 | 1585 | Check | | 770.00 | |
| 12/27 | 1604 | Check | | 774.27 | |
| 12/27 | 1587 | Check | | 790.00 | |
| 12/27 | 1596 | Check | | 848.17 | |
| 12/27 | 1499 | Check | | 10,437.12 | |
| 12/27 | 1577 | Check | | 39.49 | |
| 12/27 | 1610 | Check | | 128.70 | |
| 12/27 | 1580 | Check | | 983.83 | 8,459.91 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | | Mobile Deposit : Ref Number :206300379462 | 3,442.72 | | |
| 12/30 | | Mobile Deposit : Ref Number :306300379658 | 6,006.86 | | |
| 12/30 | 1601 | Check | | 520.25 | |
| 12/30 | 1579 | Check | | 97.50 | |
| 12/30 | 1602 | Check | | 443.08 | |
| 12/30 | 1606 | Check | | 602.63 | |
| 12/30 | 1512 | Check | | 790.00 | |
| 12/30 | 1472 | Check | | 860.00 | |
| 12/30 | 1594 | Check | | 724.85 | 13,871.18 |
| Ending balance on 12/31 | | | | | 13,871.18 |
| Totals | | | $94,940.63 | $119,369.91 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1383 | 12/4 | 1,243.36 | 1482 | 12/6 | 401.30 | 1514 | 12/13 | 462.09 |
| 1436 * | 12/2 | 648.06 | 1483 | 12/6 | 361.30 | 1515 | 12/13 | 429.02 |
| 1453 * | 12/11 | 437.47 | 1484 | 12/6 | 422.74 | 1516 | 12/13 | 429.02 |
| 1454 | 12/6 | 598.29 | 1485 | 12/6 | 484.94 | 1517 | 12/16 | 151.90 |
| 1455 | 12/9 | 367.55 | 1486 | 12/6 | 443.08 | 1518 | 12/20 | 151.90 |
| 1456 | 12/9 | 925.48 | 1487 | 12/6 | 449.78 | 1519 | 12/13 | 532.72 |
| 1457 | 12/9 | 612.00 | 1488 | 12/6 | 774.27 | 1520 | 12/13 | 710.28 |
| 1458 | 12/9 | 640.00 | 1489 | 12/6 | 465.30 | 1521 | 12/13 | 570.37 |
| 1459 | 12/6 | 1,471.50 | 1490 | 12/6 | 463.18 | 1522 | 12/13 | 423.78 |
| 1460 | 12/6 | 250.38 | 1491 | 12/6 | 493.02 | 1523 | 12/13 | 455.02 |
| 1461 | 12/6 | 670.07 | 1492 | 12/9 | 486.99 | 1524 | 12/13 | 393.23 |
| 1462 | 12/6 | 50.00 | 1493 | 12/6 | 394.18 | 1525 | 12/13 | 983.83 |
| 1463 | 12/6 | 47.75 | 1494 | 12/6 | 300.00 | 1526 | 12/13 | 528.45 |
| 1464 | 12/6 | 191.74 | 1495 | 12/16 | 2,540.09 | 1527 | 12/13 | 443.08 |
| 1465 | 12/6 | 983.83 | 1496 | 12/12 | 1,997.50 | 1528 | 12/13 | 449.78 |
| 1466 | 12/6 | 375.38 | 1497 | 12/16 | 129.97 | 1529 | 12/13 | 774.27 |
| 1467 | 12/6 | 375.38 | 1498 | 12/18 | 10,437.13 | 1530 | 12/13 | 465.30 |
| 1468 | 12/6 | 551.12 | 1499 | 12/27 | 10,437.12 | 1531 | 12/13 | 502.70 |
| 1469 | 12/17 | 506.88 | 1500 | 12/13 | 582.50 | 1532 | 12/13 | 424.30 |
| 1470 | 12/6 | 660.00 | 1501 | 12/13 | 104.40 | 1533 | 12/13 | 580.22 |
| 1471 | 12/6 | 560.00 | 1502 | 12/19 | 525.00 | 1534 | 12/13 | 394.18 |
| 1472 | 12/30 | 860.00 | 1503 | 12/17 | 1,214.99 | 1535 | 12/13 | 300.00 |
| 1473 | 12/6 | 386.31 | 1504 | 12/18 | 2,275.00 | 1536 | 12/23 | 975.00 |
| 1474 | 12/6 | 457.99 | 1505 | 12/13 | 25.00 | 1537 | 12/23 | 107.85 |
| 1475 | 12/6 | 402.24 | 1506 | 12/13 | 677.20 | 1538 | 12/23 | 419.10 |
| 1476 | 12/6 | 392.00 | 1508 * | 12/13 | 412.50 | 1539 | 12/23 | 580.50 |
| 1477 | 12/6 | 192.49 | 1509 | 12/13 | 412.50 | 1540 | 12/20 | 177.50 |
| 1478 | 12/6 | 192.49 | 1510 | 12/13 | 630.00 | 1541 | 12/20 | 4,670.87 |
| 1479 | 12/9 | 470.19 | 1511 | 12/20 | 655.00 | 1542 | 12/20 | 194.91 |
| 1480 | 12/6 | 331.50 | 1512 | 12/30 | 790.00 | 1543 | 12/20 | 25.00 |
| 1481 | 12/6 | 394.32 | 1513 | 12/13 | 462.09 | 1544 | 12/20 | 794.56 |



## Summary of checks written (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1545 | 12/20 | 672.72 | 1567 | 12/20 | 774.27 | 1589 | 12/27 | 579.38 |
| 1546 | 12/20 | 983.83 | 1568 | 12/20 | 465.30 | 1590 | 12/27 | 636.73 |
| 1547 | 12/20 | 700.00 | 1569 | 12/20 | 587.73 | 1591 | 12/27 | 528.19 |
| 1548 | 12/20 | 645.00 | 1570 | 12/20 | 493.02 | 1592 | 12/27 | 189.94 |
| 1549 | 12/20 | 890.00 | 1571 | 12/20 | 547.34 | 1593 | 12/27 | 189.94 |
| 1550 | 12/20 | 500.65 | 1572 | 12/20 | 394.18 | 1594 | 12/30 | 724.85 |
| 1551 | 12/20 | 500.65 | 1573 | 12/20 | 181.68 | 1595 | 12/27 | 537.06 |
| 1552 | 12/20 | 474.97 | 1574 | 12/23 | 400.00 | 1596 | 12/27 | 848.17 |
| 1553 | 12/20 | 381.53 | 1575 | 12/23 | 207.28 | 1597 | 12/27 | 550.12 |
| 1554 | 12/20 | 377.90 | 1577 * | 12/27 | 39.49 | 1598 | 12/27 | 621.66 |
| 1555 | 12/20 | 377.90 | 1578 | 12/26 | 741.50 | 1599 | 12/27 | 610.34 |
| 1556 | 12/23 | 472.89 | 1579 | 12/30 | 97.50 | 1600 | 12/27 | 638.13 |
| 1557 | 12/20 | 553.96 | 1580 | 12/27 | 983.83 | 1601 | 12/30 | 520.25 |
| 1558 | 12/20 | 712.17 | 1581 | 12/27 | 617.36 | 1602 | 12/30 | 443.08 |
| 1559 | 12/20 | 537.25 | 1582 | 12/27 | 605.20 | 1603 | 12/27 | 449.78 |
| 1560 | 12/20 | 537.25 | 1583 | 12/27 | 462.00 | 1604 | 12/27 | 774.27 |
| 1561 | 12/20 | 490.15 | 1584 | 12/27 | 462.00 | 1606 * | 12/30 | 602.63 |
| 1562 | 12/20 | 462.00 | 1585 | 12/27 | 770.00 | 1607 | 12/27 | 493.02 |
| 1563 | 12/20 | 462.00 | 1586 | 12/27 | 635.00 | 1608 | 12/27 | 551.62 |
| 1564 | 12/20 | 623.23 | 1587 | 12/27 | 790.00 | 1609 | 12/27 | 394.18 |
| 1565 | 12/23 | 443.08 | 1588 | 12/27 | 596.86 | 1610 | 12/27 | 128.70 |
| 1566 | 12/20 | 449.78 | | | | | | |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $35,140.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wxwx



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 180 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TAXPAYER NAME: H & B HOLDINGS INC          TIN: xxxxx4516

## Deposit Confirmation

**Your payment has been accepted.**

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270975023013112 |

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| Taxpayer EIN | xxxxx4516 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2019 |
| Payment Amount | $997.24 |
| Settlement Date | 12/16/2019 |
| Subcategories: | |
| 1  Social Security | $664.78 |
| 2  Medicare | $155.46 |
| 3  Tax Withholding | $177.00 |
| Account Number | xxxxxx1076 |
| Account Type | CHECKING |
| Routing Number | 062000080 |
| Bank Name | WELLS FARGO BANK |

Home    Enrollment    My Profile    Payments    Help & Information    Contact Us    Logout

USA.gov    IRS.gov    Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.



**EFTPS**  Electronic Federal Tax Payment System

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TIN: xxxxx4516

TAXPAYER NAME: H & B HOLDINGS INC

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

EFT ACKNOWLEDGEMENT NUMBER:                                         270975701599494

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx4516 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2019 |
| Payment Amount | $1,044.58 |
| Settlement Date | 12/23/2019 |
| Subcategories: | |
| 1 Social Security | $696.64 |
| 2 Medicare | $162.94 |
| 3 Tax Withholding | $185.00 |
| Account Number | xxxxxx1076 |
| Account Type | CHECKING |
| Routing Number | 062000080 |
| Bank Name | WELLS FARGO BANK |

| Home | Enrollment | My Profile | Payments | Help & Information | Contact Us | Logout |

USA.gov     IRS.gov     Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

12/23/2019

https://www.eftps.gov/eftps/payments/payment-confirmation-flow?execution=e2s1





| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

Electronic Federal Tax Payment System

TAXPAYER NAME: H & B HOLDINGS INC                    TIN: xxxxx4516

## Deposit Confirmation

**Your payment has been accepted.**

### Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| **EFT ACKNOWLEDGEMENT NUMBER:** | 270040282078379 |

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| **Taxpayer EIN** | xxxxx4516 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | Q4/2019 |
| **Payment Amount** | $1,179.78 |
| **Settlement Date** | 01/02/2020 |
| **Subcategories:** | |
| 1  Social Security | $778.68 |
| 2  Medicare | $182.10 |
| 3  Tax Withholding | $219.00 |
| **Account Number** | xxxxxx1076 |
| **Account Type** | CHECKING |
| **Routing Number** | 062000080 |
| **Bank Name** | WELLS FARGO BANK |

Home    Enrollment    My Profile    Payments    Help & Information    Contact Us    Logout

USA.gov    IRS.gov    Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.



| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TAXPAYER NAME: H & B HOLDINGS INC

TIN: xxxxx4516

## Deposit Confirmation

**Your payment has been accepted.**

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270974391076007 |

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx4516 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2019 |
| Payment Amount | $959.62 |
| Settlement Date | 12/09/2019 |
| Subcategories: | |
| 1 Social Security | $647.24 |
| 2 Medicare | $151.38 |
| 3 Tax Withholding | $161.00 |
| Account Number | xxxxxx1076 |
| Account Type | CHECKING |
| Routing Number | 062000080 |
| Bank Name | WELLS FARGO BANK |

Home    Enrollment    My Profile    Payments    Help & Information    Contact Us    Logout
USA.gov    IRS.gov    Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.