IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| H&B HOLDINGS, INC., | ) | |
| | ) | CASE NO. 19-82417-CRJ11 |
| EIN: XX-XXX516 | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF FILING OF AMENDED SCHEDULES

COMES NOW H&B Holdings, Inc., ("Debtor"), by and through undersigned counsel, and hereby files Amended Schedule A/B in order the reflect the following:

1. Line Item 74.: Causes of action against third parties.
Derksen receivable balance **& other affirmative claims including slander**
Nature of claim: Operating Account, Fraud, Intentional Interferance, Defamation

Respectfully submitted February 20, 2020.

*/s/ Stuart M. Maples*
STUART M. MAPLES (ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify I have served a copy of the foregoing document by the method stated below on the following on February 20, 2020.

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602
Via Email: richard_blythe@alnba.uscourts.gov

All parties requesting notice via CM/ECF

All parties on matrix via U.S. Mail

*/s/ Stuart M. Maples*
OF COUNSEL

**Fill in this information to identify the case:**

Debtor name **H&B Holdings, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **19-82417**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2020**

*X* **/s/ Harvey F. Robbins, III**
Signature of individual signing on behalf of debtor

**Harvey F. Robbins, III**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **H&B Holdings, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **19-82417**

■ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Metro Bank** | **Checking** | **9496** | **$20.00** |
| 3.2. | **First Metro Bank** | **Checking** | **3459** | **$20.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$40.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **57,008.49** | - | **0.00** | = .... | **$57,008.49** |
| 11b. Over 90 days old: | **164,393.01** | - | **0.00** | =.... | **$164,393.01** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$221,401.50**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Chemicals for lumber treatment** | **3/1/19** | **$20,000.00** | **Recent cost** | **$10,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. **$10,000.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **H&B Holdings, Inc.**
Name

Case number *(If known)* **19-82417**

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, furniture** | **$2,000.00** | **Comparable sale** | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers & software** | **$3,000.00** | **Comparable sale** | **$3,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$5,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Saws, pumps, small tools** | **Unknown** | **Comparable sale** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

51. **Total of Part 8.** **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Customer list** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | **Book of Business** | **Unknown** | | **Unknown** |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Derksen receivable balance & other affirmative claims including slander**<br>**Nature of claim** **Operating Account, Fraud, Intentional Interferance, Defamation**<br>**Amount requested** **$0.00** | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **H&B Holdings, Inc.** Case number *(If known)* **19-82417**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $221,401.50 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $236,441.50 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $236,441.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Label Matrix for local noticing
1126-8
Case 19-82417-CRJ11
NORTHERN DISTRICT OF ALABAMA
Decatur
Thu Feb 20 14:03:41 CST 2020

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087-1453

H&B Holdings, Inc.
4625 Hickory Lane
Tuscumbia, AL 35674-4903

United Lumber & Reman, LLC
980 Ford Road
Muscle Shoals, AL 35661-1118

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

*Alabama Department of Revenue
PO Box 327483
Montgomery, AL 36132-7483

*Alabama Deptartment of Revenue
Department of Revenue Legal Division
PO Box 320001
Montgomery, AL 36132-0001

*Arnold's Truck Stop, Inc.
1460 Highway 20
Tuscumbia, AL 35674-6078

*CB&S
PO Box 910
Russellville, AL 35653-0910

*Carter Oil Company
PO Box 487
Sheffield, AL 35660-0487

*EV Logistics
26 W. Zarate St.
Rio Grande City, TX 78582-6112

(p)FIRST METRO BANK
406 W AVALON AVENUE
MUSCLE SHOALS AL 35661-2808

*Harvey F. Robbins, III
100 B South Main St.
Tuscumbia, AL 35674-2429

*JRC Transportation, Inc.
PO Box 15101
Newark, NJ 07192-5101

*Nextran Truck Center
PO Box 820
Fultondale, AL 35068-0820

*Ohio Valley Transport, Inc.
750 Economy Dr.
Clarksville, TN 37043-2429

*Premier Trailers, LLC
PO Box 206553
Dallas, TX 75320-6553

*Robbins Properties, Inc.
100 B South Main St.
Tuscumbia, AL 35674-2429

*Shappire Lumber Co., Inc.
109548 Tammany Lane
Hamilton, MT 59840

(p)SUNBELT PAPER & PACKAGING INC
P O BOX 521
SAGINAW AL 35137-0521

*Taylor Supply Center
c/o Roy Taylor
PO Box 1026
Russellville, AL 35653-1026

*Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558

*Troy Corporation
PO Box 824736
Philadelphia, PA 19182-4736

*United Lumber
980 Ford Rd
Muscle Shoals, AL 35661-1118

*Weyerhauser
PO Box 843568
Dallas, TX 75284-3568

ASM Consulting, Inc.
2949 County Road 30
Florence, AL 35634-6620

Alabama Dept. of Revenue
PO Box 2401
Montgomery, AL 36140-0001

Baggett Services, Inc.
2 South 32nd St.
Birmingham, AL 35233-3018

Beverly Robbins
100 B South Main St.
Tuscumbia, AL 35674-2429

C.H. Robinson Worldwide, Inc.
Receivables Control Corp. (RCC)
7373 Kirkwood Ct., Ste 200
Osseo, MN 55369-5264

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602

De Lage Landen, Financial Services
1111 Old Eagle School Road
Attn: Ken Jones, Litigation & Recovery
Wayne, PA 19087-1453

Free State Trucking, LLC
64 Co Rd 3729
PO Box 398
Addison, AL 35540-0398

Global Fire Sprinklers, LLC
4242 Bryson Blvd
Florence, AL 35630-7319

H&B Holding, Inc.
Wells Fargo Bank, N.A.
800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3891

H&B Properties, LLC
100 B South Main St.
Tuscumbia, AL 35674-2429

Haleyville Saw Shop, Inc.
1556 Highway 243 S
Haleyville, AL 35565-7384

Hoker Trucking
30923 52nd Ave
Dixon, IA 52745-9719

Integrated Corporate Solutions, Inc.
PO Box 443
Florence, AL 35631-0443

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JLE Industries, LLC
119 ICMI Rd, Ste 210
Dunbar, PA 15431-2358

James G. Henderson
Pritchard, McCall & Jones, L.L.C.
505 N 20th Street, Suite 1210
Birmingham, AL 35203-4662

John Ellis Trucking, Inc.
3078 Lake Grove Dr.
Hernando, MS 38632-7900

Joyce White Vance
US Attorney General
1801 4th Ave North
Birmingham, AL 35203-2101

Just Right Services, Inc.
574 Rose of Sharon Rd
Cutler, IL 62238-1100

Karen Schwartz McClure, Esq.
1609 Richard Arrington Jr. Blvd. South
Birmingham, AL 35205-4952

King of Freight, LLC
110 S. Main St., Ste # 300
Wichita, KS 67202-3751

Loretta Lynch US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Luther Strange
Alabama Attorney General
PO Box 300152
Montgomery, AL 36130-0152

MJS Transportation, Inc.
PO Box 816
Decatur, IN 46733-0816

Miner Saw, Inc.
PO Box 2214
Decatur, AL 35609-2214

Motion Industries, Inc.
PO Box 404130
Atlanta, GA 30384-4130

Nextran Corporation dba Nextran Rental & Lea
Mr. Luis Colon, Director of Credit
8100 Chancellor Drive, Suite 130
Orlando, FL 32809-7664

On Time Truck Hauling
21820 Grand Lancelot Dr.
Kingwood, TX 77339-7700

Pendu MFG, Inc.
718 North Shirk Rd.
New Holland, PA 17557-9721

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Quill Tom Riggleman
7 Technology Circle
Columbia, SC 29203-9591

Robert M. Ronnlund
Scott Sullivan Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244-2015

Sam T Carter Oil Company Inc
Carter Oil Company Inc
P O Box 487
Sheffield, AL 35660-0487

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Shoals Rubber & Gasket
PO Box 1786
Decatur, AL 35602-1786

State of Alabama
Department of Revenue Legal Division
PO Box 320001
Montgomery, AL 36132-0001

TW3 c/o Transport Clearing East
4651 Charlotte Park Dr., Ste 450
Charlotte, NC 28217-1910

Three Chimney Express, Inc.
2962 Three Chimney Rd
Viroqua, WI 54665

Timber Products Inspection
PO Box 919
Conyers, GA 30012-0919

Total Quality Logistics, LLC
Attn: Joseph B. Wells, Asst. Corp. Couns
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245-0002

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

United Lumber & Reman, LLC
c/o Robert M. Ronnlund
Scott Sullivan Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244-2015

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

Vulco Auto Supply
416 Buffalo Rd.
Lawrenceburg, TN 38464-3214

Wells Fargo Lift
Manufacturer Services Group
San Francisco, CA 94120

Weyerhaeuser NR Company
220 Occidental Ave S.
Seattle, WA 98104-3120

Douglas B. Hargett
Hall Tanner Hargett P.C.
201 North Water Street
Tuscumbia, AL 35674-1926

G. Rick Hall
Hall Tanner Hargett, P.C.
201 North Water Street
Tuscumbia, AL 35674-1926

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Stuart M Maples
Maples Law Firm, PC
200 Clinton Avenue W.
Suite 1000
Huntsville, AL 35801-4919

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

*First Metro Bank
406 West Avalon Ave.
Muscle Shoals, AL 35661

*Sunbelt Paper and Packaging
PO Box 521
Saginaw, AL 35137

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CB&S Bank

(u)First Metro Bank

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 79 |
| Bypassed recipients | 2 |
| Total | 81 |