UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| H & B HOLDINGS, INC., | ) | 19-82417 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

### BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION REGARDING CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN (DOC. 99)

**COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby files this Statement of Position and hereby recommends confirmation of the Second Amended Chapter 11 Plan of Reorganization (Doc. 99).

Respectfully submitted this the 16th day of March, 2020.

/s/ Robert J. Landry, III
Assistant U.S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
Robert_Landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
1129 Noble Street, Room 117
Anniston, Alabama 36201
(256) 741-1540

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2020, I have served a copy of the foregoing via email on the parties listed below:

Stuart M. Maples
Attorney for Debtor
smaples@mapleslawfirmpc.com

                                                  /s/ Robert J. Landry, III