# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: H&B HOLDINGS, INC. ) | | Case No.: 19-82417-CRJ-11 |
| ) | | |
| EIN: xx-xxx4516 ) | | |
| ) | | |
| Debtor. ) | | CHAPTER 11 |
| ) | | |

## CREDITOR'S OBJECTION AND MOTION TO DISALLOW THE PLAN OF REORGANIZATION BALLOTS FILED BY BEVERLY ROBBINS, H&B PROPERTIES LLC, HARVEY F. ROBBINS III, AND ROBBINS PROPERTIES, INC.

COMES NOW United Lumber and Reman, LLC ("**ULR**"), an unsecured creditor in the above-styled case, and, pursuant to 11 U.S.C. §§ 502, 1122, 1126, and 1129, files this Objection and Motion to Disallow on grounds that follow:

1. H&B Holdings, Inc. (the "**Debtor**") commenced this case on August 13, 2019.

2. Debtor's disclosure statement lists Beverly Robbins and Harvey F. Robbins III as the "Principals of the Debtor." [Doc. 98, p. 6]. Mr. Robbins signed the Debtor's bankruptcy petition as its President. [Doc. 1, p. 4].

3. According to the Alabama Secretary of State's office, Mr. Robbins is the registered agent and incorporator of Robbins Properties, Inc. Mr. and Mrs. Robbins are the sole listed members of H&B Properties, LLC.

4. Pursuant to 11 U.S.C. § 101(31), Mr. and Mrs. Robbins, Robbins Properties, Inc., and H&B Properties, LLC qualify as "insiders" to the Debtor.

5. These insiders each cast ballots voting in favor of the Debtor's Plan of Reorganization: [Docs. 111, 119, 120, and 121].

6. According to its bankruptcy schedules, the Debtor owes Mr. Robbins $2,576,000.00 and Robbins Properties, Inc. $54,383.67. [Doc. 1, p. 7].

7. Mrs. Robbins and H&B Properties, LLC are not listed as creditors in the Debtor's bankruptcy schedules and they did not file proofs of claim in this case. It is unclear why they voted on the Plan of Reorganization.

1

8. 11 U.S.C. § 1129(10) bars the proponent of a Plan of Reorganization from including the votes of insiders towards confirmation of a Plan.

9. It is improper for these insiders to vote on the Plan of Reorganization; ULR respectfully requests that this Court sustain the present objection and disallow their ballots from voting on the Plan.

WHEREFORE, premises considered, United Lumber and Reman, LLC respectfully requests that this Honorable Court enter an Order: (a) sustaining United Lumber and Reman, LLC's objection and disallowing the ballots of Beverly Robbins, Harvey F. Robbins III, Robbins Properties, Inc., and H&B Properties, LLC; and (b) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 20th day of March, 2020.

>   */s/ Tazewell T. Shepard IV*
>   Tazewell T. Shepard III
>   Tazewell T. Shepard IV
>   *Attorneys for the Movant*
>
>   **SPARKMAN, SHEPARD & MORRIS, P.C.**
>   P.O. Box 19045
>   Huntsville, AL 35804
>   Tel: (256) 512-9924
>   ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 20th day of March, 2020 I have served the foregoing motion on all parties as listed on the Clerk's Certified Matrix, the Debtor, the Debtor's counsel, Beverly Robbins, Harvey F. Robbins III, Robbins Properties, Inc., H&B Properties, LLC, and the Office of the Bankruptcy Administrator by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

>   */s/ Tazewell T. Shepard IV*
>   Tazewell T. Shepard IV