UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>H&B HOLDINGS, INC.<br><br><br><br><br>Debtor(s) | }<br>}<br>} Case No. 19-82417-CRJ-11<br>}<br>} Chapter 11<br>}<br>} |

## ORDER CONTINUING CONFIRMATION HEARING
## AND RELATED MATTERS

The above-styled case came before the Court on March 25, 2020 for hearing on Confirmation; Objection to Confirmation of the Plan filed by creditors United Lumber and Reman, LLC and CB&S Bank; Objection and Motion by United Lumber and Reman, LLC to Disallow the Plan of Reorganization Ballots filed by Beverly Robbins, H&B Properties LLC, Harvey F. Robbins, III and Robbins Properties, Inc.; Consent Motion by First Metro Bank for Enlargement of Time to File Ballot; Response by United Lumber and Reman, LLC to First Metro Bank's Motion to Extend Time to file Ballots; Debtor's Motion to Modify Plan Prior to Confirmation; Debtor's Application to Employ Hall Tanner Hargett, P.C. as Special Counsel; Objection by United Lumber and Reman, LLC to Application to Employ Hall Tanner Hargett, PC; Objection by United Lumber and Reman, LLC to Claim #19 of Sam T. Carter Oil Company, Inc.

Appearances were made telephonically by Stuart Maples, Esq., counsel for the Debtor; Tazewell Taylor Shepard, IV Esq., counsel for United Lumber and Reman, LLC; William M. Hancock, Esq., counsel for CB&S Bank; Kevin Gray, Esq., counsel for First Metro Bank; and Robert Landry; Esq., counsel for the Bankruptcy Administrator. During the hearing, the Court approved the Debtor's Motion to Modify Plan Prior to Confirmation and the withdrawal by counsel for United Lumber

and Reman, LLC of the creditor's Objection and Motion to Disallow the Plan of Reorganization Ballots Filed by Beverly Robbins, H&B Properties LLC, Harvey F. Robbins, III and Robbins Properties, Inc. Counsel for CB&S Bank also announced that the parties resolved the creditor's Objection to Confirmation.

At the conclusion of the hearing, the Court continued the Confirmation Hearing to allow the Debtor time to resolve the issues of feasibility raised by the Court as stated on the record.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Confirmation Hearing; Objection to Confirmation of the Plan filed by United Lumber and Reman, LLC; Consent Motion by First Metro Bank for Enlargement of Time to File Ballot; Response by United Lumber and Reman, LLC to First Metro Bank's Motion to Extend Time to file Ballots; Debtor's Application to Employ Hall Tanner Hargett, P.C. as Special Counsel; Objection by United Lumber and Reman, LLC to Application to Employ Hall Tanner Hargett, PC; and the Objection by United Lumber and Reman, LLC to Claim #19 of Sam T. Carter Oil Company, Inc. are hereby continued to **Tuesday, May 12, 2020** at **2:00 p.m.** before the Honorable Clifton R. Jessup, Jr.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 25th day of March, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge